1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-6915
    FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 LILIANA RAMOS DE HEATHCOTE and        )
   COLIN HEATHCOTE,                      )  No. C 08-4852 BZ
13                                       )
                 Petitioners,            )
14                                       )
           v.                            )  **STIPULATION TO DISMISS; AND**
15                                       )  [PROPOSED] **ORDER**
   MICHAEL MUKASEY, Attorney General of  )
16 the United States;                    )
   CHARLES DEMORE, Acting District Director; )
17 U.S. Bureau of Citizenship and Immigration )
   Services,                             )
18                                       )
                 Respondents.            )
19 _____)

20

21     Petitioners, by and through their attorney of record, and Respondents, by and through their

22 attorneys of record, hereby stipulate to dismissal of the above captioned action pursuant to

23 Fed.R.Civ.P. 41(a).

24 ///

25 ///

26 ///

27 ///

28
   Stipulation to Dismiss
   C08-4852 BZ                              1

1 | The parties shall bear their own costs and fees.

2 | Dated: December 23, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorney for Respondents

Dated: December 22, 2008

/s/
FRANK P. SPROULS
Attorneys for Petitioners

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 24 Dec 08

BERNARD ZIMMERMAN
United States Magistrate Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C08-4852 BZ                                                  2